**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-17664 / 0153414487

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Christopher N. Ellis and Alison B. Ellis<br><br>Debtors. | No. 2:09-bk-10912-CGC<br><br>Chapter 7<br><br>NOTICE OF LODGING ORDER |

HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-AR12, its agent, by and through its undersigned attorneys, hereby gives notice of the Lodging an Order for Relief, a copy of which is attached hereto as Exhibit "A".

DATED this 2nd day of September, 2009.

                                              Respectfully submitted,

                                              TIFFANY & BOSCO, P.A.

                                              BY   /s/ MSB # 010167
                                                      Mark S. Bosco
                                                      Leonard J. McDonald
                                                      Attorneys for Movant

Copy of the foregoing was
mailed this 2nd day of September, 2009

Christopher N. Ellis and Alison B. Ellis
8402 East Vista Del Lago
Scottsdale AZ 85255
Debtors

Richard W. Hundley
7047 E. Greenway Pkwy.
#140
Scottsdale AZ 85254
Attorney for Debtors

Robert A. MacKenzie
2025 N. 3rd Street #157
Phoenix, AZ 85004
Trustee

Wells Fargo Bank, N.A.
Movant

By: __Sheri L. Wray__