SO ORDERED.

Dated: September 08, 2009



_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-17664/0153414487

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Christopher N. Ellis and Alison B. Ellis<br>     Debtors.<br>_____<br>HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-AR12<br>     Movant,<br>  vs.<br><br>Christopher N. Ellis and Alison B. Ellis, Debtors; Robert A. MacKenzie, Trustee.<br><br>     Respondents. | No. 2:09-bk-10912-CGC<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket #31) |

This matter having come before the Court for a Preliminary Hearing on August 27, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, Richard W. Hundley, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated June 23, 2006, and recorded on , in the office of the Coconino County Recorder at  wherein HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-AR12 is the current beneficiary and Christopher N. Ellis and Alison B. Ellis have an interest in, further described as:

Lot 396, of FOREST HIGHLANDS UNIT FOUR according to the Map recorded in Case 4 of Maps, page 134-134C, records of Coconino County, Arizona. Affidavit of Correction recorded April 16, 1990 in Docket 1332, page 666.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and **effective, October 26, 2009** in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT